UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigations — MDL No. 1431

This Document Relates to:

Jack Hartman, et al. v. Bayer Corp. et al. — ORDER

---

This matter having come before the Court on Defendants' Motion for Leave to File Supplemental Memorandum in Opposition to Class Certification; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions:

IT IS HEREBY ORDERED that Defendants' motion for leave to file supplemental memorandum in Opposition to Class Certification is GRANTED.

Date: May 14, 2003

Michael J. Davis
Michael J. Davis
United States District Court

MAY 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________