E-SERVED
08/17/04
04:04 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
***Hartman v. Bayer A.G.*, Case No. 01-2406**

## MOTION TO DISMISS WITHOUT PREJUDICE

Jack Hartman, Plaintiff in the action *Hartman v. Bayer A.G.*, Case No. 01-2406 hereby moves to voluntarily dismiss his action without prejudice.

1. Plaintiff has determined that it is in his best interests to participate in the class action pending in the State of Oklahoma rather than to pursue his claims in this Multi District Litigation.

2. Plaintiff's decision is based upon a number of factors which include, but are not limited to, the cost of litigation and the resources available to Plaintiff.

3. Plaintiff has notified Bayer of his decision; however, Bayer has refused to stipulate to the dismissal of this action.

4. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves this Court for an Order dismissing this matter. A proposed Order is attached as Exhibit "A."

Therefore, premises considered, the undersigned counsel requests *Hartman v. Bayer A.G.*, Case No. 01-2406 be dismissed Without Prejudice.

E-SERVED
08/17/04
04:04 PM ET
Baycol MDL 1431

Respectfully submitted,

Original Signature on File with Filing Attorney
William B. Federman
TBA # 00794935
FEDERMAN & SHERWOOD
120 N. Robinson Avenue, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112
and
2926 Maple Ave., Suite 200
Dallas, TX 75201

And

Don Strong
G. Stephen Martin, II
STRONG, MARTIN & ASSOCIATES, PLLC
120 N. Robinson, Suite 2700
Oklahoma City, OK 73102

And

T. David Hasbrook
HASBROOK & HASBROOK
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

**Attorneys for Plaintiff**

E-SERVED
08/17/04
04:04 PM ET
Baycol MDL 1431

**Certificate of Service**

On 8/17/2004, the foregoing was electronically served to counsel of record.

Original Signature on File with Filing Attorney

William B. Federman

E-SERVED
08/17/04
04:04 PM ET
Baycol MDL 1431

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates to:**
***Hartman v. Bayer A.G.*, Case No. 01-2406**

**[PROPOSED] ORDER OF DISMISSAL**

NOW ON THIS _________ day of ___________, 2004, the Motion to Dismiss Without Prejudice of *Hartman v. Bayer A.G.*, Case No. 01-2406 comes on for consideration. For good cause shown, the Court dismisses said action without prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that *Hartman v. Bayer A.G.*, Case No. 01-2406 is dismissed without prejudice.

Dated this ________ day of ________________, 2004

_________________________________
UNITED STATES DISTRICT COURT JUDGE