E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

# Exhibit A

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MDL/JGL)** |
| **This Document Relates to:** | : | |
| *Raymond Dubberly v. Bayer Corp.* | : | Case No. 01-1594 |
| *Nancy Garding v. Bayer Corp.* | : | Case No. 01-1871 |
| *Dolores Canter v. Bayer Corp.* | : | Case No. 01-2386 |
| *Melissa Elaine Smith v. Bayer Corp.* | : | Case No. 01-2387 |
| *Ronald Weber v. Bayer AG, et al.* | : | Case No. 01-2389 |
| *Salvatore Galasso v. Bayer Corp., et al.* | : | Case No. 01-2400 |
| *Lora Gautier v. Bayer Corp., et al.* | : | Case No. 01-2401 |
| *Jack Hartman v. Bayer AG, et al.* | : | Case No. 01-2406 |
| *Deborah Kemp v. Bayer Corp.* | : | Case No. 02-0143 |
| *Seymour Zawada v. Bayer Corp., et al.* | : | Case No. 02-0147 |
| *Domingo Gonzalez v. Bayer Corp., et al.* | : | Case No. 02-0148 |
| *Anthony Rizzo v. Bayer AG, et al.* | : | Case No. 02-0150 |
| *John Dalessandro v. Bayer AG, et al.* | : | Case No. 02-0151 |
| *Jean Martin v. Bayer Corp., et al.* | : | Case No. 02-0153 |
| *Gary Lester v. Bayer AG, et al.* | : | Case No. 02-0156 |
| *Herman Costanza v. Bayer Corp., et al.* | : | Case No. 02-0159 |
| *George Campbell v. Bayer AG, et al.* | : | Case No. 02-0168 |
| *Himu Barua v. Bayer AG, et al.* | : | Case No. 02-0172 |
| *Mary Anne Loughlin v. Bayer Corp.* | : | Case No. 02-0188 |
| *Tina C. Presley v. Bayer Corp.* | : | Case No. 02-0193 |
| *Harold E. Keys v. Bayer AG, et al.* | : | Case No. 02-0262 |
| *Francis Wallace v. Bayer Corp.* | : | Case No. 02-0437 |
| *Dorothy B. Silas v. Bayer Corp.* | : | Case No. 02-0439 |
| *Philip Morgan v. Bayer Corp., et al.* | : | Case No. 02-0549 |
| *John Forbes v. Bayer Corp.* | : | Case No. 02-0758 |
| *Gordon F. Cullum v. Bayer Corp., et al.* | : | Case No. 02-0921 |
| *James C. Perkins v. Bayer AG, et al.* | : | Case No. 02-1356 |
| *Joseph Williams v. Bayer Corp., et al.* | : | Case No. 02-1428 |
| *Susan Bennett v. Bayer Corp., et al.* | : | Case No. 02-2117 |
| *Dorris C. Miles v. Bayer AG, et al.* | : | Case No. 02-2123 |
| *John Daniel Johnson v. Bayer Corp., et al.* | : | Case No. 02-2971 |
| *Robert H. Lemer v. Bayer Corp., et al.* | : | Case No. 02-2974 |
| *Louis Brand v. Bayer AG, et al.* | : | Case No. 02-2989 |
| *Brenda Kent v. Bayer Corp., et al.* | : | Case No. 02-2993 |
| *Wanda Rae Smith v. Bayer AG, et al.* | : | Case No. 02-3453 |
| *Daniel Gray v. Bayer AG, et al.* | : | Case No. 02-3454 |

SCANNED
SEP 2 2004
U.S. DISTRICT COURT MPLS

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| *Malcolm McLeod v. Bayer AG, et al.* | : | Case No. 02-3456 |
| *Thomas Franceskino v. Bayer Corp.* | : | Case No. 02-3487 |
| *Florence Kerman v. Bayer AG, et al.* | : | Case No. 02-3488 |
| *Lizzie Harrison v. Bayer AG, et al.* | : | Case No. 02-3840 |
| *Patricia Griffin v. Bayer AG, et al.* | : | Case No. 02-3875 |
| *Orvilee Reaves v. Bayer AG, et al.* | : | Case No. 02-3877 |
| *Nicholas Kick v. Bayer AG, et al.* | : | Case No. 02-3880 |
| *Mary Lou Martinez v. Bayer AG, et al.* | : | Case No. 02-3882 |
| *Vincent Mattera v. Bayer AG, et al.* | : | Case No. 02-3883 |
| *Sandra Armagost v. Bayer AG, et al.* | : | Case No. 02-3886 |
| *Gregory Mock v. Bayer AG, et al.* | : | Case No. 02-3887 |
| *Lynn Kunce v. Bayer AG, et al.* | : | Case No. 02-3889 |
| *George Hessel v. Bayer AG, et al.* | : | Case No. 02-3894 |
| *Misae Farrin v. Bayer AG, et al.* | : | Case No. 02-3898 |
| *Mildred Ridgell v. Bayer Corp.* | : | Case No. 02-3940 |
| *Cecilia Lebetz v. Bayer Corp.* | : | Case No. 02-3941 |
| *Shirley Hardaway v. Bayer AG, et al.* | : | Case No. 02-3944 |
| *Jessie M. Smith v. Bayer Corp., et al.* | : | Case No. 02-3960 |
| *Georgiana Brady v. Bayer Corp., et al.* | : | Case No. 02-3964 |
| *Viola D. King v. Bayer Corp., et al.* | : | Case No. 02-3965 |
| *Mary Jane Trahan v. Bayer Corp., et al.* | : | Case No. 02-3966 |
| *Margaret Ogden v. Bayer Corp., et al.* | : | Case No. 02-3968 |
| *Yvette Washington v. Bayer Corp., et al.* | : | Case No. 02-3969 |
| *Clara Mosley v. Bayer Corp., et al.* | : | Case No. 02-3970 |
| *Rose Tynes v. Bayer AG, et al.* | : | Case No. 02-3971 |
| *Stella McClain v. Bayer AG, et al.* | : | Case No. 02-3972 |
| *Paula Denise Cooper v. Bayer AG, et al.* | : | Case No. 02-3973 |
| *Mary Ann Alexander v. Bayer AG, et al.* | : | Case No. 02-3974 |
| *Roger D. Carter v. Bayer AG, et al.* | : | Case No. 02-3975 |
| *Jerry J. Robicheauxv. Bayer AG, et al.* | : | Case No. 02-3977 |
| *Victor O. Noto v. Bayer AG, et al.* | : | Case No. 02-3978 |
| *George Therrien, Jr., v. Bayer AG, et al.* | : | Case No. 02-3980 |
| *Joseph L. Bonono, Jr., v. Bayer AG, et al.* | : | Case No. 02-3981 |
| *Diana F. Latiolas v. Bayer Corp., et al.* | : | Case No. 02-3984 |
| *Carolyn S. Smith v. Bayer AG, et al.* | : | Case No. 02-3985 |
| *James Pealer v. Bayer AG, et al.* | : | Case No. 02-3986 |
| *Earl B. Hammack, Jr., v. Bayer AG, et al.* | : | Case No. 02-3987 |
| *Jean G. Henderson v. Bayer AG, et al.* | : | Case No. 02-3988 |
| *Dianne J. Shelmire v. Bayer AG, et al.* | : | Case No. 02-3989 |
| *Jessie W. Smith v. Bayer AG, et al.* | : | Case No. 02-3990 |
| *Myrtis W. Isadore v. Bayer AG, et al.* | : | Case No. 02-3991 |
| *Gilda H. McDowell v. Bayer AG, et al.* | : | Case No. 02-3992 |
| *Vernon McMorris v. Bayer AG, et al.* | : | Case No. 02-3993 |
| *Roscoe Singleton v. Bayer AG, et al.* | : | Case No. 02-3999 |
| *Wanda Martin Vaughn v. Bayer AG, et al.* | : | Case No. 02-4005 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| *Mary Ann Robinson v. Bayer AG, et al.* | : | Case No. 02-4007 |
| *William F. Gibson v. Bayer AG, et al.* | : | Case No. 02-4008 |
| *Ramona D. Mason v. Bayer AG, et al.* | : | Case No. 02-4009 |
| *William M. Hamm, Jr., v. Bayer AG, et al.* | : | Case No. 02-4010 |
| *Judith K. Foster v. Bayer AG, et al.* | : | Case No. 02-4012 |
| *James A. Foreman v. Bayer AG, et al.* | : | Case No. 02-4014 |
| *Mitch Gorman v. Bayer AG, et al.* | : | Case No. 02-4404 |
| *Consuelo Batriz v. Bayer AG, et al.* | : | Case No. 02-4410 |
| *Ysabel Burn Martinez v. Bayer AG, et al.* | : | Case No. 02-4413 |
| *Mary Ruiz v. Bayer AG, et al.* | : | Case No. 02-4419 |
| *Liscom Nicholson v. Bayer Corp., et al.* | : | Case No. 02-4421 |
| *Thelma Morse v. Bayer AG, et al.* | : | Case No. 02-4429 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of July 27, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: AUG 3 1 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

# Exhibit B

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| Raymond Adams, et al. v. Bayer AG, et al. | Case No. 03-4632 |
| Timothy Armstrong, et al. v. Bayer AG, et al. | Case No. 03-4638 |
| Bonnie Benford, et al. v. Bayer AG, et al. | Case No. 03-4637 |
| Doris Buell, et al. v. Bayer AG, et al. | Case No. 03-4634 |
| Victor Burns, et al. v. Bayer AG, et al. | Case No. 03-4636 |
| Louie Cdebaca, et al. v. Bayer AG, et al. | Case No. 03-4640 |
| Gwendolyn Falini, et al. v. Bayer AG, et al. | Case No. 03-4633 |

## DEFENDANTS' CONSOLIDATED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS TO DISMISS

Plaintiffs' motions to dismiss are a transparent attempt to evade Pretrial Order 114. One of the objectives of that Order was to require plaintiffs' counsel to review their cases and to determine those in which plaintiffs could provide the case-specific expert reports on injury and causation legally required to pursue their claims. The firm representing these plaintiffs decided to dismiss the claims of half of their plaintiffs. But rather than conceding that the cases lack merit, counsel move for dismissal *without prejudice* on the ground that litigation costs too much. *See* Pls.' Motions, at 1.[1]

---

[1] The Plaintiffs who have moved for dismissal without prejudice are Clyde Chastain, Hazel Daniel, Clarence Dewberry, Mary Alice Franks, Ruby D. Geissler, Gilda Hyland, Guyton Joyher, Helen Mercer, Frances Louise Miller, Maggie Moxley, James Reid, Betty Sullivan, Nova Vandehey, Jeffery Walker, Rhomell Wyatt in No. 03-4632; Gwendolyn Falini and John Falini in

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

Defendants have incurred the costs of litigating these cases for a year. If the cases are not worth the cost of securing a case-specific expert report (due September 20), then the cases should be dismissed *with prejudice* — not simply shuffled off this Court's docket so they can be refiled at another time or in another place.[2] Accordingly, plaintiffs' motion to dismiss should be denied or, alternatively, plaintiffs' cases should be dismissed *with prejudice*.

**I. Plaintiffs' Motions Should Be Denied.**

Fed. R. Civ. P. 41(a)(2) provides, in relevant part, that "an action shall not be dismissed at the plaintiff's instance save upon order of the court and *upon such terms and conditions as the court deems proper*." Fed. R. Civ. P. 41(a)(2) (emphasis added). It is therefore axiomatic that voluntary dismissal pursuant to Rule 41(a)(2) rests upon the sound discretion of the trial court. *See Hamm v. Rhone-Poulenc Rorer Pharm., Inc.*, 187 F.3d 941, 950 (8th Cir. 1999), *citing Bodecker v. Local Union No. P-46*, 640 F.2d 182, 186 n.5 (8th Cir. 1981).

---

No. 03-4633; Doris Buell, Robert Karr, Kathleen Laszio, and Sharon Monk in No. 03-4634; Terry Stevens in No. 03-4636; David Dimmitt in No. 03-4637; Doris Avey, Bettye Cubit, Verna Elder, James Fell, Shirley McDonald, Jewell Philpot, Ruby Ward, and Carolyn Wooten in No. 03-4638, and Thomas Crist, Aida Mohar, Joseph Romero, and Donald Stanley in No. 03-4640. Except in No. 03-4633, these individuals are less than all the plaintiffs remaining in each action. Plaintiffs' counsel chose to file a separate motion for each individual plaintiff; defendants respond to each of these motions with this consolidated memorandum.

[2] Plaintiffs contend that defendants refused to stipulate to dismissal of these cases. But that is, at best, half true. Defendants refused to stipulate to dismissal *without prejudice*. They told plaintiffs that they would stipulate to dismissal *with prejudice*, the form of dismissal to which other plaintiffs who cannot comply with PTO 114 are stipulating. *See* E-mail from Mizgala to Lindsey of 6/15/04, attached as Ex. A.

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

A motion for a voluntary dismissal without prejudice under Rule 41(a)(2) may be denied if *any* of the following factors are present: (1) if dismissal will legally prejudice the defendant, *see Metropolitan Federal Bank of Iowa, F.S.B. v. W.R. Grace & Co.*, 999 F.2d 1257, 1262 (8th Cir. 1993); (2) if the party seeks to escape an adverse result*, see Holmgren v. Massey-Ferguson, Inc.*, 516 F.2d 856, 857, n.1 (8th Cir. 1975); and (3) if the party has presented an improper explanation for its desire to dismiss, *see Witzman v. Gross*, 148 F.3d 988, 992 (8th Cir. 1998), *see also Paulucci v. City of Duluth*, 826 F.2d 780, 783 (8th Cir. 1987). All three factors are present here.

**A. Dismissal Without Prejudice Legally Prejudices Defendants.**

At this advanced stage in Plaintiffs' cases, dismissal without prejudice legally prejudices Defendants. First, Defendants are legally prejudiced because they will lose the beneficial effect of this Court's rulings on numerous motions and pretrial orders that apply to Plaintiffs' cases. *See In re: Brand Name Prescription Drugs Antitrust Litigation*, 1995 WL 495937, at *2 (N.D. Ill. Aug. 17, 1995). Most immediately, Defendants will lose the beneficial effects of PTO 114, the pretrial order entered by this Court to help "identify, evaluate, and categorize the claims of those plaintiffs who have and who do not have factually and legally sufficient support for their alleged claims and injuries or damages." *See* PTO 114, at 1. Permitting Plaintiffs to circumvent PTO 114 at this late state legally prejudices Defendants by not allowing them to obtain a determination on the merits of Plaintiffs' claims. *See Radiant Technology Corp. v. Electrovert USA Corp.*, 122 F.R.D. 201, 203 (N.D. Tex. 1988).

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

Second, dismissal at this point legally prejudices Defendants because Defendants have expended substantial resources on each of these Plaintiffs. Specifically, Defendants have answered Plaintiffs' complaints, filed notices to transfer these cases to this MDL, reviewed Plaintiff's Fact Sheets ("PFSs") for all these Plaintiffs, mailed more than fifty letters regarding PFS and Authorization deficiencies for twenty-seven of these Plaintiffs, and sent for and received medical records for nearly half of these Plaintiffs.

If Plaintiffs' actions are dismissed without prejudice and Plaintiffs file a Baycol action in another forum, much of Defendants' activity will have been for naught. Under these circumstances, Plaintiffs' motions for dismissal should be denied. *See Paulucci*, 826 F.2d at 783 (denial of motion to dismiss without prejudice upheld, in part, because of Defendants' costs and expenses); *see In re: Brand Name Prescription Drugs Antitrust Litigation*, 1995 WL 495937, at *2, *citing Pace v. Southern Express Company*, 409 F.2d 331 (7th Cir. 1969) (defendant's substantial discovery costs a factor in denial of motion to dismiss without prejudice).

**B. Plaintiffs Seek To Escape the Consequences of PTO 114.**

The timing of Plaintiffs' motions makes it obvious that Plaintiffs seek to escape the consequences of PTO 114. Plaintiffs' deadlines for compliance are fast approaching, as each of these Plaintiffs must produce a submission pursuant to PTO 114 by September 20, 2004. *See* PTO 114 § III(A). If any of the moving Plaintiffs fail to comply with parts I(A) and I(B) of PTO 114, their actions will be dismissed *with*

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

prejudice. *See* PTO 114 § VI. If, however, Plaintiffs' motions are granted, Plaintiffs will be free to refile either in this forum or in another forum. Dismissal without prejudice thus allows Plaintiffs to escape the adverse consequences of not complying with PTO 114 and, as such, requires denial of their motions. *See Holmgren*, 516 F.2d at 857, n.1; *see also In re: Brand Name Prescription Drugs Antitrust Litigation*, 1995 WL 495937, at *2 (dismissal without prejudice denied because it would allow plaintiffs to avoid impending discovery deadline).

**C. Plaintiffs' Explanation is Inadequate.**

Plaintiffs' inadequate explanation for dismissal without prejudice also warrants denial of their motions. Although Plaintiffs assert that they lack the resources to prosecute the litigation and that the litigation is costly, *see* Pls.' Motions, at 1, this assertion is questionable. As noted, the more likely explanation for Plaintiffs' motions is that Plaintiffs' counsel seeks to avoid having to pay medical experts to review and evaluate their clients' claims. Further, Plaintiffs' counsel currently represents nearly *seventy* individual plaintiffs in this MDL. If these motions are granted, Plaintiffs' counsel will still have roughly *half* of their cases pending. To be sure, the cost of this litigation is not deterring Plaintiffs' counsel from continuing to prosecute the other actions. Accordingly, this Court should reject Plaintiffs' asserted reasons for dismissal and deny Plaintiffs' motions. *See In re: Brand Name Prescription Drugs Antitrust Litigation*, 1995 WL 495937, at *2 (dismissal without prejudice denied because, in part,

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

plaintiffs claimed they could not afford to litigate action yet continued to be supplied with discovery).

## II. Alternatively, Plaintiffs' Actions Should Be Dismissed With Prejudice.

In ruling on a motion for voluntary dismissal without prejudice, a court may convert the proposed dismissal into a dismissal with prejudice. *See Jaramillo v. Burkhart*, 59 F.3d 78, 79 (8th Cir. 1995) ("Rule 41(a)(2) implicitly permits the district court to dismiss an action with prejudice in response to a plaintiff's motion for dismissal without prejudice.") Dismissal with prejudice of all of Plaintiffs' actions is appropriate for the reasons discussed above.[3]

In addition, dismissal with prejudice is proper because it is consistent with the manner in which this Court treated dropped Trial Program cases under PTO 89. *See* Status Conference Transcript for Oct. 9, 2003, at 115 (Trial Program cases "will be dismissed with prejudice unless good cause is shown why they should not be dismissed with prejudice."). Here, Plaintiffs have clearly not shown good cause.

## CONCLUSION

For all of these reasons, Defendants respectfully request that the Court deny Plaintiffs' Motions or, alternatively, that the Court dismiss Plaintiffs' actions *with* prejudice.

Dated: August 16, 2004

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

Respectfully submitted,

/signature on file/

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
James W. Mizgala
Nathaniel S. Hammons
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000
*Counsel for Bayer Corporation and Bayer AG*

/signature on file/

Scott A. Smith
Tracy J. Van Steenberg
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
(612) 338-1838

Fred T. Magaziner
Robert A. Limbacher
Hope S. Freiwald
DECHERT, PRICE & RHOADS LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

[3] If this Court decides to convert the requested dismissals to dismissals with prejudice, Plaintiffs must be given notice of that decision and a chance to withdraw their dismissal requests. *See Jaramillo*, 59 F.3d at 79.

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

# Exhibit C

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

This document relates to All Actions

**ORDER**

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court pursuant to Pretrial Order 114 regarding Plaintiffs who have not submitted the required Supplemental Discovery. The case has been referred to the undersigned for resolution of pretrial discovery matters pursuant to 28 U.S.C. § 636, D. Minn. LR 72.1, and Pretrial Order 52.

Pretrial Order 114 ("PTO 114") governs the Supplemental Discovery Disclosure requirements in this case. Pursuant to PTO 114, Plaintiffs with the District of Minnesota case numbers 01-1594 to 02-4433 were required to serve upon Defendants completed Supplemental Discovery Disclosures by June 7, 2004. PTO 114 requires the PSC and Defendants to submit to the Court a stipulated list of Plaintiffs whose Supplemental Discovery Disclosure is still delinquent within 42 days of this deadline, and PTO 114 further warns that the Court will dismiss such cases with prejudice.

Pursuant to PTO 114, the parties have submitted a list of Plaintiffs who have not complied with their Supplemental Discovery obligation as of July

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

22, 2004. These Plaintiffs are listed in Exhibit A attached to this Order. The purpose of this Order is to warn those Plaintiffs that the District Court will dismiss with prejudice the cases of any Plaintiffs listed on Exhibit A from whom Defendants have not received the required discovery pursuant to PTO 114 by August 10, 2004, 5:00 p.m., Central Daylight Time.

Based on the foregoing, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED** that the parties will stipulate to a proposed order naming those Plaintiffs on Exhibit A from whom Defendants have not received the required discovery by August 10, 2004, 5:00 p.m., Central Daylight Time, in accordance with PTO 114 § VI. The proposed order will be submitted to the Court, which will then dismiss with prejudice the cases of the listed Plaintiffs.

Dated: July 27, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**EXHIBIT A**

**MDL-1431, BAYCOL PRODUCTS LIABILITY LITIGATION**

**Delinquency List for PTO-114 Phase I Plaintiffs due 06/07/2004** **July 23, 2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Henson, Gertha Mae | 02-3853 | Alan Aleksander, Esq.<br>225 E. Carillo St. Suite 305<br>Santa Barbara CA 93101<br>Phone: 800/787-7571<br>Fax: 805/962-2461 |
| 2. | Keys, Harold E. | 02-0262 | Gordon Ball, Esq.<br>Ball and Scott Law Office<br>Bank of America Center<br>550 W. Main Avenue, Suite 750<br>Knoxville, TN 37902<br>Phone: 865/525-7028<br>Fax: 865/525-4679 |
| 3. | Perkins, James | 02-1356 | Dawn Barrios, Esq.<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras, #3650<br>New Orleans, LA 70139-6001<br>Phone: 504/524-3300<br>Fax: 504/524-3313 |
| 4. | Broom, Walter | 02-0126 | Melissa A. Prickett, Esq.<br>Beasley Allen Crow Methvin Portis & Miles PC<br>218 Commerce Street<br>Montgomery, AL 36104<br>Phone: 334/269-2343<br>Fax: 334/954-7555 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 5. | Black, Michael | 02-0199 | Harry F. Bell, Esq.<br>Bell & Bands PLLC<br>30 Capital Street<br>P.O. Box 1723<br>Charleston, WV 25326<br>Phone: 304/345-1700<br>Fax: 304/345-1715 |
| 6. | Collins, George F. (or McCollins) | 02-0199 | |
| 7. | Erickson, Gwen | 02-0197 | Haresh Bharti, Esq.<br>309 W. Republican<br>Seattle, WA 98119<br>Phone: 206/706-6400<br>Fax: 206/706-6401 |
| 8. | Johnson, John Daniel | 02-2971 | Keith Belt, Esq.<br>Bohanan & Belt<br>2151 Highland, Suite 310<br>Birmingham, AL 35285<br>Phone: 205/933-1500<br>Fax: 205/933-5500 |
| | | | |
| 9. | Bennett, Susan | 02-2117 | Johnna Hansen, Esq.<br>Booth & Koskoff<br>18411 S. Crenshaw Blvd.<br>Torrnace, CA 90504-0430<br>Phone: 310/515-1361<br>Fax: 310/217-8989 |
| 10. | Lemer, Robert H. | 02-2974 | |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 11. | Mitchell, Ina | 01-2402 | Turner W. Branch, Esq.<br>Branch Law Firm<br>2025 Rio Grande Blvd., NW<br>Albuquerque, NM 87104<br>Phone: 505/243-3500<br>Fax: 505/243-3534 |
| 12. | Williams, Hervey | 01-2402 | |
| 13. | Ciura, Mike | 02-3492 | |
| 14. | Davis, William Stanley | 02-3492 | |
| 15. | Divasto, Patricia | 02-3492 | |
| 16. | Goddard, William | 02-3492 | |
| 17. | Harp, Janice | 02-3492 | |
| 18. | Maes, Janet | 02-3492 | |
| 19. | Skarritt, Frank | 02-3492 | |
| 20. | Sweeten, Steven | 02-3492 | |
| 21. | Williams, Joseph | 02-1428 | Eugene C. Brooks, Esq.<br>Brooks Law Firm<br>P.O. Box 9545<br>Savannah, GA 31412<br>P: 912/233-9696<br>F: 912/232-8620 |
| 22. | Chamberlain, Odette | 02-1355 | A.J. Rebennack, Esq.<br>The Caluda and Rebennack Law Firm<br>1340 Poydras Street, Suite 2110<br>New Orleans, LA 70112<br>Phone: 504/586-0361<br>Fax: 504/522-5161 |
| 23. | DeJean, Janet | 02-1355 | |
| 24. | Hinton, Joyce | 02-1355 | |
| 25. | Shelvin, Viola | 02-1355 | |
| 26. | Crouch, Syble | 02-2114 | James T. Capretz, Esq.<br>Capretz & Associates<br>5000 Birch Street, Suite 2500<br>Newport Beach, CA 92660<br>Phone: 949/724-3000<br>Fax: 949/757-2635 |
| 27. | Lee, Dawkoon | 02-2114 | |
| 28. | Scaros, Mike | 02-2114 | |
| 29. | Selmon, Tom | 02-2114 | |
| 30. | Walker, Ann | 02-2114 | |
| 31. | Blacker, Rochelle | 02-3858 | |
| 32. | Curiel, Marcelo | 02-3858 | |
| 33. | Dusek, Dale, for Charley Wade, deceased | 02-3858 | |
| 34. | Fuller, Michelle | 02-3858 | |
| 35. | Gonzales, Domingo | 02-3858 | |
| 36. | Greer, Anna | 02-3858 | |
| 37. | Hillman, Richard | 02-3858 | |
| 38. | Justis, Edna | 02-3858 | |
| 39. | Kirk, Darlene | 02-3858 | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 40. | Liebig, Dawnia | 02-3858 | |
| 41. | Marys, Mary | 02-3858 | |
| 42. | Villarreal, Helen, for Aurora Garcia, deceased | 02-3858 | |
| 43. | Wells, Phyllis | 02-3858 | |
| 44. | Carpenter, Lois | 02-3860 | |
| 45. | DeHaeseleer, Art | 02-3860 | |
| 46. | Fletcher, Ken | 02-3860 | |
| 47. | Markou, Nicolina | 02-3860 | |
| 48. | Singleton, Essie | 02-3860 | |
| 49. | McQuay, Dennis | 02-0540 | Steven A. Owings, Esq.<br>Cauley Geller Bowman & Coates, LLP<br>P.O. Box 25438<br>Little Rock, AR 72221<br>Phone: 501/312-8500<br>Fax: 501/312-8505 |
| 50. | Mallette, William | 02-3452 | |
| 51. | Holland, William | 02-4397 | |
| 52. | Stamps, John | 02-4397 | |
| 53. | Johnson, Rachel | 02-4398 | |
| 54. | Mitchell, Clara | 02-4398 | |
| 55. | Mauffray, Wanda | 02-0744 | Jennifer P. Burkes, Esq.<br>Clark & Burkes, PLLC<br>2108 23rd Avenue<br>Gulfport, MS 39501<br>Phone: 228/863-2945<br>228/863-2945<br>Fax: 228/864-5006 |
| 56. | McGee, Elizabeth | 02-0744 | |
| 57. | McGee, Victor | 02-0744 | |
| 58. | Orrill, Linda Sue | 02-2820 | John R. Climaco, Esq.<br>Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.<br>The Halle Building, 9th Floor<br>1228 Euclid Avenue<br>Cleveland, OH 44115<br>Phone: 216/621-8484<br>Fax: 216/771-1632 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 59. | Wilson, David Allen | 02-2820 | |
| 60. | Spain, Delores Jean, for William Orren Spain, deceased | 02-2821 | |
| 61. | Shanahan, Claire | 02-2822 | |
| 62. | Armstrong, Gerald | 02-3868 | |
| 63. | Borowski, Joan R. | 02-3866 | |
| 64. | Delgado, Margarito | 02-3866 | |
| 65. | Farrington, April | 02-3866 | |
| 66. | Files, Jason | 02-3866 | |
| 67. | Lewenfus, Sheldon | 02-3866 | |
| 68. | Maiden, Glen | 02-3866 | |
| 69. | Pasqua, Tom | 02-3866 | |
| 70. | Truex, Anthony | 02-3866 | |
| 71. | Wood, Joseph | 02-3866 | |
| 72. | McBride, Nancy | 02-3921 | |
| 73. | Hamilton, Danny | 02-3979 | |
| 74. | Edwards, Bettie | 02-4403 | |
| 75. | Glenn, Terry | 02-4403 | |
| 76. | Maxwell, David | 02-4403 | |
| 77. | Phillips, Arlene | 02-4403 | |
| 78. | Solomon, Beverly | 02-4403 | |
| 79. | Obrart, Rheta | 02-4402 | Max Sauler, Esq.<br>Bob Cohen & Associates<br>16000 Ventura Blvd., Suite 701<br>Encino, CA 91436<br>P: 818/986-3332<br>F: 818/986-5879 |
| 80. | Martin, Jean | 02-0153 | Bradley J. Sylvester, Esq.<br>David Danis Law Firm<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>T: 314/725-7700<br>F: 314/721-0905 |
| 81. | Eager, Lucille | 02-4118 | |
| 82. | Moser, Roselle | 02-4118 | |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 83. | Gautier, Lora | 01-2401 | Samuel L. Davis, Esq.<br>Davis, Saperstein & Salomon, P.C.<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Phone: 201/907-5000<br>Fax: 201/692-0444 |
| 84. | Nicholson, Liscom | 02-4421 | Donald F. Hildre, Esq.<br>Dougherty, Hildre, Dudek, & Haklar<br>2550 Fifth Avenue<br>San Diego, CA 92103<br>Phone: 619/232-9131<br>Fax: 619/232-7317 |
| 85. | Forbes, John | 02-0758 | Gary A. Eaton<br>Attorney at Law<br>1717 East 15th Street<br>Tulsa, OK 74104<br>Phone: 918/743-8781<br>Fax: 918/744-0383 |
| 86. | Noto, Victor O. | 02-3978 | Eric J. O'Bell, Esq.<br>Fayard & Honeycutt<br>1530 LL&E Tower<br>New Orleans, LA 70112<br>Phone: 504/309-5005<br>Fax: 504/309-5006 |
| 87. | Smith, Carolyn S. | 02-3985 | |
| 88. | Pealer, James | 02-3986 | |
| 89. | Hammack, Earl B., Jr. | 02-3987 | |
| 90. | Henderson, Jean G. | 02-3988 | |
| 91. | Shelmire, Dianne J. | 02-3989 | |
| 92. | Smith, Jessie W. | 02-3990 | |
| 93. | Gibson, William F. | 02-4008 | |
| 94. | Mason, Ramona D. | 02-4009 | |
| 95. | Hamm, William H., Jr. | 02-4010 | |
| 96. | Foster, Judith K. | 02-4012 | |
| 97. | Foreman, James A. | 02-4014 | |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 98. | Hartman, Jack | 01-2406 | William B. Federman, Esq.<br>Federman & Sherwood<br>2720 First National Center<br>120 N. Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405/235-1560<br>Fax: 405/239-2112 |
| 99. | Dowling, Gloria | 01-2407 | |
| 100. | Presley, Tina C. | 02-0193 | |
| 101. | Therrien, George, Jr. | 02-3980 | Deborah M. Sulzer, Esq.<br>Gautheir, Downing LaBarre Beiser & Dean<br>3500 N. Hullen<br>Metaire, LA 70002<br>Phone: 504/456-8623<br>Fax: 504/456-8624 |
| 102. | Bonono, Joseph, Jr. | 02-3981 | |
| 103. | Smithe, Otis | 01-2384 | John C. Martland, Esq.<br>Gilman and Pastor, LLP<br>999 Broadway, Suite 500<br>Saugus, MA 01906<br>Phone: 781/231-7850<br>Fax: 781/231-7840 |
| 104. | Jones, George | 02-0198 | Brian A. Prim, Esq.<br>Goldberg, Persky, Jennings, White and Hostler<br>1108 Third Avenue, Suite 602<br>Huntington, WV 25701<br>Phone: 304/522-1087<br>Fax: 304/522-1089 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 105. | Latiolas, Diana F. | 02-3984 | Les H. des Bordes, Esq.<br>Hank des Bordes<br>7732 Goowood Blvd., Suite A<br>Baton Rouge, LA 70806<br>Phone: 225/248-850<br>Fax: 225/248-8522 |
| 106. | Morgan, Philip | 02-0549 | Michael R. Hugo, Esq.<br>Hugo & Pollack, LLP<br>440 Commercial Street<br>Boston, MA 02109<br>Phone: 617/973-9777<br>Fax: 617/589-0789 |
| 107. | Barnes, Charlotte | 02-3012 | Carroll H. Ingram, Esq.<br>Ingram & Associates<br>211 South 29th Avenue, Suite 201<br>Hattiesburg, MS 39401<br>Phone: 601/261-1385<br>Fax: 601/261-1393 |
| 108. | Benoit, Glenda | 02-3012 | |
| 109. | Cameron, Zelda | 02-3012 | |
| 110. | Castillo, Natasha | 02-3012 | |
| 111. | Clay, Wilbur | 02-3012 | |
| 112. | Cooper, Jerry | 02-3012 | |
| 113. | Couture, Greg | 02-3012 | |
| 114. | Crum, Ernest | 02-3012 | |
| 115. | Edwards, Ora | 02-3012 | |
| 116. | Esco, Loretha | 02-3012 | |
| 117. | Forbes, Robert | 02-3012 | |
| 118. | Frazier, Shirley | 02-3012 | |
| 119. | Gaines, Frances | 02-3012 | |
| 120. | Goldman, Danny | 02-3012 | |
| 121. | Harris, Hattie, for Steve Harris, deceased | 02-3012 | |
| 122. | Hinton, Minnie | 02-3012 | |
| 123. | Holleman, Irma Jean | 02-3012 | |
| 124. | Hullum, Mary | 02-3012 | |
| 125. | Ingram, Harrol | 02-3012 | |
| 126. | Jackson, Maggie | 02-3012 | |
| 127. | Jackson, Ned | 02-3012 | |
| 128. | Jennings, Velree | 02-3012 | |
| 129. | Jones, Bertha | 02-3012 | |
| 130. | Jordan, Ernest | 02-3012 | |
| 131. | Kemp, J.C. | 02-3012 | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 132. | King, Marion | 02-3012 | |
| 133. | Leake, Opal | 02-3012 | |
| 134. | Lewis, Hazel | 02-3012 | |
| 135. | Lewis, Mary | 02-3012 | |
| 136. | Martin, James | 02-3012 | |
| 137. | McCain, Ty | 02-3012 | |
| 138. | McGehee, Margie | 02-3012 | |
| 139. | Murray, William | 02-3012 | |
| 140. | Nelson, Benjamin | 02-3012 | |
| 141. | Phillips, J.D. | 02-3012 | |
| 142. | Pierce, Lonnie | 02-3012 | |
| 143. | Reynolds, Clara | 02-3012 | |
| 144. | Scott, Denise | 02-3012 | |
| 145. | Smallwood, John | 02-3012 | |
| 146. | Temple, Aimee | 02-3012 | |
| 147. | Thomas, Opal | 02-3012 | |
| 148. | Toney, James | 02-3012 | |
| 149. | Veal, Essie | 02-3012 | |
| 150. | Vickers, Willard | 02-3012 | |
| 151. | Ware, Mary | 02-3012 | |
| 152. | Washington, Helen | 02-3012 | |
| 153. | Canter, Dolores | 01-2386 | John Yanchunis, Esq.<br>James, Hoyer, Newcomer & Smiljanich, P.A.<br>4830 W. Kennedy Blvd., Suite 550<br>Tampa, FL 33609<br>Phone: 813/286-4100<br>Fax: 813/286-4174 |
| 154. | Kalu, Michael Igwe | 02-3846 | Emelike I. Kalu, Esq.<br>Law Offices of Emelike I Kalu<br>3540 Wilshire Boulevard, Ph-7<br>Los Angeles, CA 90010<br>Phone: 213/480-4121<br>Fax: 213/480-4120 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 155. | McLeod, Malcolm | 02-3456 | Michael Woerner, Esq.<br>Keller Rohrbach<br>1201 Third Avenue, Ste 2300<br>Seattle WA 98091<br>Phone: 206-623-1900<br>Fax: 206-623-3384 |
| 156. | Kent, Brenda (Christiana Walters, deceased) | 02-2993 | Plaintiff pro se<br>Ms Brenda Kent<br>864 Oakwood Drive<br>Gretna, LA 70056 |
| 157. | Gorman, Mitch | 02-4404 | Shawn Khorrami, Esq.<br>Law Offices of Shawn Khorrami<br>14550 Haynes Street, Third Floor<br>Van Nuys, CA 91411<br>Phone: 818/947-5111<br>Fax: 818/947-5121 |
| 158. | Cullum, Gordon F. | 02-0921 | W.D. Masterson, Esq.<br>Kilgore & Kilgore, PLLC<br>3109 Carlisle St.<br>Dallas, TX 75204<br>Phone: 214/969-9099<br>Fax: 214/953-0133 |
| 159. | King, Thomas | 02-0152 | Clinton A. Krislov, Esq.<br>Krislov & Associates, Ltd.<br>20 North Wacker Drive, Suite 1350<br>Chicago, IL 60606<br>Phone: 312/606-0500<br>Fax: 312/606-0207 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 160. | Mitz, Thomas | 02-0152 | |
| 161. | Sidwell, Mary | 02-0152 | |
| 162. | Garding, Nancy | 01-1871 | Shawn M. Raiter, Esq.<br>Larson King, LLP<br>2800 Minnesota World Trade Center<br>30 East Seventh Street<br>St. Paul, MN 55102<br>Phone: 651/312-6500<br>Fax: 651/312-6618 |
| 163. | Griffin, Patricia | 02-3875 | |
| 164. | Reaves, Orvilee | 02-3877 | |
| 165. | Kick, Nicholas | 02-3880 | |
| 166. | Martinez, Mary Lou | 02-3882 | |
| 167. | Mattera, Vincent | 02-3883 | |
| 168. | Armagost, Sandra | 02-3886 | |
| 169. | Mock, Gregory | 02-3887 | |
| 170. | Kunce, Lynn | 02-3889 | |
| 171. | Hessel, George | 02-3894 | |
| 172. | Farrin, Misae | 02-3898 | |
| 173. | Robinson, Mary Ann | 02-4007 | |
| 174. | Lebetz, Cecilia | 02-3941 | Michael J. Mortell, Esq.<br>Lewis, Mortell, & Lewis<br>1115 East Ocean Boulevard<br>Stuart, FL 34996<br>Phone: 772/286-7861<br>Fax: 772/288-2013 |
| 175. | Brotherton, Robert D. | 02-0139 | Richard M. Franco, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Phone: 415/956-1000<br>Fax: 415/956-1008 |
| 176. | Boyles, Laverne | 02-0179 | |
| 177. | Thompson, Julia A. | 02-0186 | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 178. | Campbell, George | 02-0168 | Bruce D. Greenberg, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Phone: 973/623-3000<br>Fax: 973/623-0858 |
| 179. | Anderson, Luella | 02-1103 | Yvonne M. Flaherty, Esq.<br>Lockridge, Grindal, Nauen<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55401<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 180. | Miles, Dorris C. | 02-2123 | |
| 181. | Gluck, Armin | 02-2981 | |
| 182. | Toth, Geza | 02-2981 | |
| 183. | Smith, Wanda Rae | 02-3453 | |
| 184. | Gray, Daniel | 02-3454 | |
| 185. | Harrison, Lizzie | 02-3840 | |
| 186. | Guzman, Alfonso | 02-3861 | |
| 187. | Hague, Sally | 02-3861 | |
| 188. | Lester, Stan | 02-3861 | |
| 189. | Minicucci, Jean | 02-3861 | |
| 190. | Nicart, Nenita | 02-3861 | |
| 191. | Rappaport, Sara (or Rapoport) | 02-3861 | |
| 192. | Ledesma, Trinidad | 02-3863 | |
| 193. | Anunciation, Jennie | 02-3867 | |
| 194. | Davis, Jan Michael | 02-3867 | |
| 195. | Higgins, Georgianna | 02-3867 | |
| 196. | Judd, James | 02-3870 | |
| 197. | Stowe, Esther | 02-3870 | |
| 198. | Hardaway, Shirley | 02-3944 | |
| 199. | Trull, Rick | 02-4033 | |
| 200. | Claybrooks, Darryl | 02-4432 | |
| 201. | Ewing, Jerry | 02-4432 | |
| 202. | Gries, Elizabeth | 02-4432 | |
| 203. | Rule, Dorothy Mae | 02-4432 | |
| 204. | Gembarowicz, Z. Joseph | 02-4018 | Richard J. Lutzel, Esq.<br>Lutzel and Associates, PLLC<br>542 Williamson Road, Suite A<br>Mooresville, NC 28117<br>Phone: 704/799-3570<br>Fax: 704/799-3572 |
| 205. | Harmon, Paul R. | 02-4018 | |
| 206. | Jordan, Raymond R. | 02-4018 | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 207. | Borden, Bill, for Patty A. Borden, deceased | 02-1125 | Fred Misko, Jr, Esq.<br>Fred Misko, Jr., P.C.<br>3811 Turtle Creek Blvd., Suite 1000<br>Dallas, TX 75219<br>Phone: 214/443-8000<br>Fax: 214/443-8010 |
| 208. | Pervaiz, Kalid | 01-2388 | Kenneth B. Moll, Esq.<br>Kenneth B. Moll & Associates, Ltd.<br>Three First National Plaza, 54th Floor<br>Chicago, IL 60602<br>Phone: 312/558-6444<br>Fax: 312/558-1112 |
| 209. | Brand, Louis | 02-2989 | |
| 210. | Galasso, Salvatore | 01-2400 | Jay R. Rice, Esq.<br>Nagel Rice Dreifuss & Mazie<br>301 S. Livingston Avenue, Suite 201<br>Livingston, NJ 07039<br>Phone: 973/535-3100<br>Fax: 973/595-3373 |
| 211. | Zawada, Seymour | 02-0147 | Giovanni Nicosia, Esq.<br>Giovanni Nicosia, P.A.<br>8100 North University Drive, Suite 102<br>Ft. Lauderdale, FL 33321<br>Phone: 954/752-1213<br>Fax: 954/752-5299 |
| | | | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 212. | Burleigh, Kenneth | 02-0447 | Patrick W. Pendley, Esq.<br>Pendley Law Firm<br>24110 Eden Street<br>P.O. Box Drawer 71<br>Plaquemine, LA 70765<br>Phone: 225/687-6396<br>Fax: 225/687-6398 |
| 213. | Griffin, Ella Mae | 02-0447 | |
| 214. | Smith, Melissa Elaine | 01-2387 | Arthur Sadin, Esq.<br>Provost Umphrey Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, Texas 77701<br>Phone: 407/835-6000<br>Fax: 407/813-8612 |
| 215. | Gonzalez, Domingo Enrique | 02-0148 | |
| 216. | Ridgell, Mildred | 02-3940 | Plaintiff pro se<br>Ms Mildred Ridgell<br>6413 Kahana Way<br>Sarasota, FL 34241 |
| 217. | Rizzo, Anthony | 02-0150 | Kevin Rogers, Esq.<br>Attorney at Law<br>20 South Clark Street, Suite 2000<br>Chicago, IL 60603<br>Phone: 312/332-1188<br>Fax: 312/332-0192 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 218. | Kerman, Florence | 02-3488 | John Romano, Esq.<br>Romano, Eriksen, & Cronin<br>PO Box 21349<br>West Palm Beach, FL 33416<br>Phone: 561/533-6700<br>Fax: 561/533-1285 |
| 219. | DeBoard, Bonita, for Della Gross Haynes, deceased | 02-3952 | Darrell E. Sammons, Esq.<br>237 Second St.<br>P.O. Box 255<br>Pikeville, KY 41502<br>Phone: 606/432-6621 |
| 220. | Hollander, Elize | 02-2980 | Ron Gomez, Esq.<br>Law Offices of Frederico C. Sayre<br>900 N. Broadway, Suite 700<br>Santa Ana, CA 92701<br>Phone: 714/550-9117 |
| 221. | Kemp, Deborah | 02-0143 | Michael Shiffman, Esq.<br>Law Offices of Michael Shiffman<br>309 Oakridge Blvd., Suite B<br>Daytona Beach, FL 32118<br>Phone: 904/252-5560<br>Fax: 386/238-6999 |
| 222. | Wallace, Francis | 02-0437 | |
| 223. | Silas, Dorothy | 02-0439 | |
| 224. | Franceskino, Thomas | 02-3487 | |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 225. | Phillips, Agnes | 02-4401 | Marty Harper, Esq.<br>Shughart Thomson & Kilroy<br>One Columbus Plaza,<br>3636 North Central Ave.<br>Suite 1200, Phoenix, AZ 85012<br>Phone: 612/339-6900<br>Fax: 612/339-0981 |
| 226. | Costanza, Herman Charles | 02-0159 | W. Hugh Sibley, Esq.<br>Sibley Law Firm<br>One New North Street<br>P.O. Box 399<br>Greensburg, LA 70441<br>Phone: 225/222-6151<br>Fax: 225/222-6154 |
| 227. | Tynes, Rose | 02-3971 | |
| 228. | McClain, Stella | 02-3972 | |
| 229. | Cooper, Paula Denise | 02-3973 | |
| 230. | Alexander, Mary Ann | 02-3974 | |
| 231. | Carter, Roger D. | 02-3975 | |
| 232. | Robicheaux, Jerry J. | 02-3977 | |
| 233. | Isadore, Myrtis W. | 02-3991 | |
| 234. | McDowell, Gilda H. | 02-3992 | |
| 235. | McMorris, Vernon D. | 02-3993 | |
| 236. | Singleton, Roscoe | 02-3999 | |
| 237. | Vaughn, Wanda Martin | 02-4005 | |
| 238. | Dalessandro, John | 02-0151 | Stephen D. Oestreich, Esq.<br>Slotnick, Shapiro & Crocker, LLP<br>100 Park Avenue, 35th Floor<br>New York, NY 10017<br>Phone: 212/687-5000<br>Fax: 212/687-3080 |
| 239. | Meyers, Leon | 02-0175 | |
| 240. | Scharfman, George | 02-0175 | |
| 241. | Woods, Doyle | 01-2416 | John C. Evans, Esq.<br>Specter, Specter, Evans & Manogue, P.C.<br>Koppers Building, 26th Floor<br>Pittsburgh, PA 15219<br>Phone: 412/642-2300<br>Fax: 412/642-2309 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 242. | Batriz, Consuelo | 02-4410 | Don S. Strong, Esq.<br>Strong, Martin & Associates<br>2700 First National Center<br>120 North Robinson Avenue<br>Oklahoma City, OK 73102<br>Phone: 405 604 7500<br>Fax: 405 604 7503 |
| 243. | Martinez, Ysabel Burn | 02-4413 | |
| 244. | Latham, Maria D. | 02-4417 | |
| 245. | Ruiz, Mary | 02-4419 | |
| | | | |
| 246. | Smith, Jessie M. | 02-3960 | Lambert J. Hassinger, Esq.<br>Usry, Weeks, & Matthews<br>1717 St. Charles Avenue<br>New Orleans, LA 70130<br>Phone: 504/592-4600<br>Fax: 504/592-4641 |
| 247. | Brady, Georgiana | 02-3964 | |
| 248. | King, Viola | 02-3965 | |
| 249. | Trahan, Mary Jane | 02-3966 | |
| 250. | Ogden, Margaret | 02-3968 | |
| 251. | Washington, Yvette M. | 02-3969 | |
| 252. | Mosley, Clara V. | 02-3970 | |
| 253. | Lester, Gary | 02-0156 | Daniel J. Petroski, Esq.<br>Vahldiek, Cano & Petroski<br>1600 Smith, Suite 4050<br>Houston, TX 77002<br>Phone: 713/650-3200<br>Fax: 713/650-0251 |
| 254. | Blast, Erin Sue | 02-1360 | Jay C. Vecchio, Esq.<br>Vecchio & Vecchio<br>901 Avenue K<br>Grand Prairie, TX 75050<br>Phone: 972/647-1607<br>Fax: 972/647-4044 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 255. | Chennault, Leslie Ann | 02-1360 | |
| 256. | Collins, Jo Ellen | 02-1360 | |
| 257. | Nicholson, Brenda Kay | 02-1360 | |
| 258. | Wheelington, Greta Lee | 02-1360 | |
| 259. | Staples, Hugh | 02-0877 | Terry W. West, Esq.<br>The West Law Firm<br>124 W. Highland<br>P.O. Box 698<br>Shawnee, OK 74801<br>Phone: 405/275-0040<br>Fax: 405/275-0052 |
| 260. | Washburn, Eldon, Jr. | 02-0877 | |
| 261. | Wyatt, JoAnne | 02-0877 | |
| 262. | Barua, Himu | 02-0172 | Brian S. Cohen, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Phone: 212/545-4600<br>Fax: 212/545-4653 |
| 263. | Loughlin, Mary Anne | 02-0188 | Alfred G. Yates, Jr., Esq.<br>Law Office of Alfred G. Yates, Jr.<br>19 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Phone: 412/391-5164<br>Fax: 412/471-1033 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**Delinquency List for Phase I Plaintiffs due 06/07/2004** **as of 7/23/2004**

| No. | Plaintiff Name | Case No. | Plaintiff Counsel |
|---|---|---|---|
| 264. | Weber, Ronald | 01-2389 | Thomas A. Zimmerman, Esq.<br>Zimmerman & Associates<br>100 West Monroe, Suite 1300<br>Chicago, IL 60603<br>P: 312/440-0020<br>F: 312/440-4180 |
| 265. | Dubberly, Raymond | 01-1594 | Ronald Goldser, Esq.<br>Zimmerman Reed P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>Phone: 612/341-0400<br>Fax: 612/341-0844 |
| 266. | Ninneman, Mittie | 02-1053 | |
| 267. | Rausch, Larry | 02-1053 | |
| 268. | Quinn, Junoin | 02-3897 | |
| 269. | Reed, Jennifer | 02-3897 | |
| 270. | Lawson, James | 02-4024 | |
| 271. | Carr, Irma | 02-4027 | |
| 272. | Wade, Larry | 02-4033 | |
| 273. | Warren, Louis | 02-4035 | |
| 274. | Pickett, Gene | 02-4037 | |
| 275. | Coleman, Richard | 02-4039 | |
| 276. | DeBose, Edna | 02-4039 | |
| 277. | Hayes, Diana | 02-4039 | |
| 278. | Jennings, Charles | 02-4039 | |
| 279. | Rush, Carrie | 02-4039 | |
| 280. | Collins, Darrell | 02-4395 | |
| 281. | Aragon, Mary | 02-4405 | |
| 282. | Morse, Thelma | 02-4429 | |
| 283. | Simpson, David | 02-4433 | |
| 284. | Stroud, William | 02-4433 | |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

# Exhibit D

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

SIDLEY AUSTIN BROWN & WOOD LLP

BEIJING | BRUSSELS | CHICAGO | DALLAS | GENEVA | HONG KONG | LONDON

BANK ONE PLAZA
10 S. DEARBORN STREET
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036
www.sidley.com

FOUNDED 1866

LOS ANGELES | NEW YORK | SAN FRANCISCO | SHANGHAI | SINGAPORE | TOKYO | WASHINGTON, D.C.

WRITER'S DIRECT NUMBER
(312) 853-7081

WRITER'S E-MAIL ADDRESS
jmizgala@sidley.com

August 23, 2004

The Honorable Jonathan Lebedoff
Chief Magistrate Judge
U.S. Courthouse
300 South Fourth Street, Room 9E
Minneapolis, MN 55415

Re: *Baycol Products Litigation*, MDL 1431
Submission Pursuant to PTO 114

Dear Judge Lebedoff:

Pursuant to PTO 114 and Your Honor's Order of July 27, 2004, enclosed please find the parties' stipulated, proposed orders listing those Phase 1 plaintiffs who did not receive extensions and who were delinquent in their supplemental discovery obligations as of August 10, 2004, 5:00 p.m. (CT). Defendants request that the Court enter these orders.

Very truly yours,

James W. Mizgala

So stipulated: Jean M. Geoppinger

cc: Charles Zimmerman
Richard Lockridge
Deanna Dailey
Tarek Ismail
Fred Magaziner
Peter Sipkins
Tracy Van Steenburgh

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ***In re BAYCOL PRODUCTS LITIGATION*** | : | **MDL No. 1431 (MDL/JGL)** |
| | : | |
| **This Document Relates to:** | : | |
| | : | |
| *Raymond Dubberly v. Bayer Corp.* | : | Case No. 01-1594 |
| *Nancy Garding v. Bayer Corp.* | : | Case No. 01-1871 |
| *Dolores Canter v. Bayer Corp.* | : | Case No. 01-2386 |
| *Melissa Elaine Smith v. Bayer Corp.* | : | Case No. 01-2387 |
| *Ronald Weber v. Bayer AG, et al.* | : | Case No. 01-2389 |
| *Salvatore Galasso v. Bayer Corp., et al.* | : | Case No. 01-2400 |
| *Lora Gautier v. Bayer Corp., et al.* | : | Case No. 01-2401 |
| *Jack Hartman v. Bayer AG, et al.* | : | Case No. 01-2406 |
| *Deborah Kemp v. Bayer Corp.* | : | Case No. 02-0143 |
| *Seymour Zawada v. Bayer Corp., et al.* | : | Case No. 02-0147 |
| *Domingo Gonzalez v. Bayer Corp., et al.* | : | Case No. 02-0148 |
| *Anthony Rizzo v. Bayer AG, et al.* | : | Case No. 02-0150 |
| *John Dalessandro v. Bayer AG, et al.* | : | Case No. 02-0151 |
| *Jean Martin v. Bayer Corp., et al.* | : | Case No. 02-0153 |
| *Gary Lester v. Bayer AG, et al.* | : | Case No. 02-0156 |
| *Herman Costanza v. Bayer Corp., et al.* | : | Case No. 02-0159 |
| *George Campbell v. Bayer AG, et al.* | : | Case No. 02-0168 |
| *Himu Barua v. Bayer AG, et al.* | : | Case No. 02-0172 |
| *Mary Anne Loughlin v. Bayer Corp.* | : | Case No. 02-0188 |
| *Tina C. Presley v. Bayer Corp.* | : | Case No. 02-0193 |
| *Harold E. Keys v. Bayer AG, et al.* | : | Case No. 02-0262 |
| *Francis Wallace v. Bayer Corp.* | : | Case No. 02-0437 |
| *Dorothy B. Silas v. Bayer Corp.* | : | Case No. 02-0439 |
| *Philip Morgan v. Bayer Corp., et al.* | : | Case No. 02-0549 |
| *John Forbes v. Bayer Corp.* | : | Case No. 02-0758 |
| *Gordon F. Cullum v. Bayer Corp., et al.* | : | Case No. 02-0921 |
| *James C. Perkins v. Bayer AG, et al.* | : | Case No. 02-1356 |
| *Joseph Williams v. Bayer Corp., et al.* | : | Case No. 02-1428 |
| *Susan Bennett v. Bayer Corp., et al.* | : | Case No. 02-2117 |
| *Dorris C. Miles v. Bayer AG, et al.* | : | Case No. 02-2123 |
| *John Daniel Johnson v. Bayer Corp., et al.* | : | Case No. 02-2971 |
| *Robert H. Lemer v. Bayer Corp., et al.* | : | Case No. 02-2974 |
| *Louis Brand v. Bayer AG, et al.* | : | Case No. 02-2989 |
| *Brenda Kent v. Bayer Corp., et al.* | : | Case No. 02-2993 |
| *Wanda Rae Smith v. Bayer AG, et al.* | : | Case No. 02-3453 |
| *Daniel Gray v. Bayer AG, et al.* | : | Case No. 02-3454 |

E-SERVED 09/07/04 04:24 PM ET Baycol MDL 1431

| | | |
|---|---|---|
| *Malcolm McLeod v. Bayer AG, et al.* | : | Case No. 02-3456 |
| *Thomas Franceskino v. Bayer Corp.* | : | Case No. 02-3487 |
| *Florence Kerman v. Bayer AG, et al.* | : | Case No. 02-3488 |
| *Lizzie Harrison v. Bayer AG, et al.* | : | Case No. 02-3840 |
| *Patricia Griffin v. Bayer AG, et al.* | : | Case No. 02-3875 |
| *Orvilee Reaves v. Bayer AG, et al.* | : | Case No. 02-3877 |
| *Nicholas Kick v. Bayer AG, et al.* | : | Case No. 02-3880 |
| *Mary Lou Martinez v. Bayer AG, et al.* | : | Case No. 02-3882 |
| *Vincent Mattera v. Bayer AG, et al.* | : | Case No. 02-3883 |
| *Sandra Armagost v. Bayer AG, et al.* | : | Case No. 02-3886 |
| *Gregory Mock v. Bayer AG, et al.* | : | Case No. 02-3887 |
| *Lynn Kunce v. Bayer AG, et al.* | : | Case No. 02-3889 |
| *George Hessel v. Bayer AG, et al.* | : | Case No. 02-3894 |
| *Misae Farrin v. Bayer AG, et al.* | : | Case No. 02-3898 |
| *Mildred Ridgell v. Bayer Corp.* | : | Case No. 02-3940 |
| *Cecilia Lebetz v. Bayer Corp.* | : | Case No. 02-3941 |
| *Shirley Hardaway v. Bayer AG, et al.* | : | Case No. 02-3944 |
| *Jessie M. Smith v. Bayer Corp., et al.* | : | Case No. 02-3960 |
| *Georgiana Brady v. Bayer Corp., et al.* | : | Case No. 02-3964 |
| *Viola D. King v. Bayer Corp., et al.* | : | Case No. 02-3965 |
| *Mary Jane Trahan v. Bayer Corp., et al.* | : | Case No. 02-3966 |
| *Margaret Ogden v. Bayer Corp., et al.* | : | Case No. 02-3968 |
| *Yvette Washington v. Bayer Corp., et al.* | : | Case No. 02-3969 |
| *Clara Mosley v. Bayer Corp., et al.* | : | Case No. 02-3970 |
| *Rose Tynes v. Bayer AG, et al.* | : | Case No. 02-3971 |
| *Stella McClain v. Bayer AG, et al.* | : | Case No. 02-3972 |
| *Paula Denise Cooper v. Bayer AG, et al.* | : | Case No. 02-3973 |
| *Mary Ann Alexander v. Bayer AG, et al.* | : | Case No. 02-3974 |
| *Roger D. Carter v. Bayer AG, et al.* | : | Case No. 02-3975 |
| *Jerry J. Robicheauxv. Bayer AG, et al.* | : | Case No. 02-3977 |
| *Victor O. Noto v. Bayer AG, et al.* | : | Case No. 02-3978 |
| *George Therrien, Jr., v. Bayer AG, et al.* | : | Case No. 02-3980 |
| *Joseph L. Bonono, Jr., v. Bayer AG, et al.* | : | Case No. 02-3981 |
| *Diana F. Latiolas v. Bayer Corp., et al.* | : | Case No. 02-3984 |
| *Carolyn S. Smith v. Bayer AG, et al.* | : | Case No. 02-3985 |
| *James Pealer v. Bayer AG, et al.* | : | Case No. 02-3986 |
| *Earl B. Hammack, Jr., v. Bayer AG, et al.* | : | Case No. 02-3987 |
| *Jean G. Henderson v. Bayer AG, et al.* | : | Case No. 02-3988 |
| *Dianne J. Shelmire v. Bayer AG, et al.* | : | Case No. 02-3989 |
| *Jessie W. Smith v. Bayer AG, et al.* | : | Case No. 02-3990 |
| *Myrtis W. Isadore v. Bayer AG, et al.* | : | Case No. 02-3991 |
| *Gilda H. McDowell v. Bayer AG, et al.* | : | Case No. 02-3992 |
| *Vernon McMorris v. Bayer AG, et al.* | : | Case No. 02-3993 |
| *Roscoe Singleton v. Bayer AG, et al.* | : | Case No. 02-3999 |
| *Wanda Martin Vaughn v. Bayer AG, et al.* | : | Case No. 02-4005 |

E-SERVED
09/07/04
04:24 PM ET
Baycol MDL 1431

| | | |
|---|---|---|
| *Mary Ann Robinson v. Bayer AG, et al.* | : | Case No. 02-4007 |
| *William F. Gibson v. Bayer AG, et al.* | : | Case No. 02-4008 |
| *Ramona D. Mason v. Bayer AG, et al.* | : | Case No. 02-4009 |
| *William M. Hamm, Jr., v. Bayer AG, et al.* | : | Case No. 02-4010 |
| *Judith K. Foster v. Bayer AG, et al.* | : | Case No. 02-4012 |
| *James A. Foreman v. Bayer AG, et al.* | : | Case No. 02-4014 |
| *Mitch Gorman v. Bayer AG, et al.* | : | Case No. 02-4404 |
| *Consuelo Batriz v. Bayer AG, et al.* | : | Case No. 02-4410 |
| *Ysabel Burn Martinez v. Bayer AG, et al.* | : | Case No. 02-4413 |
| *Mary Ruiz v. Bayer AG, et al.* | : | Case No. 02-4419 |
| *Liscom Nicholson v. Bayer Corp., et al.* | : | Case No. 02-4421 |
| *Thelma Morse v. Bayer AG, et al.* | : | Case No. 02-4429 |

**ORDER**

Based on the stipulated submissions pursuant to Pretrial Order No. 114 and this Court's Order of July 27, 2004, and on the files, records, and proceedings therein, **IT IS HEREBY ORDERED:**

The above-captioned cases are **DISMISSED WITH PREJUDICE.**

Dated: ______________________

_________________________________
The Honorable Michael J. Davis
United States District Court