E-SERVED
09/07/04
04:33 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy of Defendants' Consolidated Memorandum in Opposition to Plaintiffs' Motion to Dismiss was electronically served to counsel of record in the cases listed below via Verilaw on September 7, 2004.

[signature]

*Hartman*, No. 01-2406
*Batrix*, No. 02-4410
*Martinez*, No. 02-4413
*Ruiz*, No. 02-4419
*Leidner*, No. 03-4539